UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
| | : | |
|---|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | : : : : : | MDL No. 3089 Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO: | : : | **NOTICE OF APPEARANCE OF ROBERT W. SPARKES, III** |
| *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.) | : : : : | |
| *McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.) | : : : : | |
| *Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.) | : : : | |
| *Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.) | : : : | |
| *Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | : : | |

------------------------------------------------------------------ X

PLEASE TAKE NOTICE that the undersigned counsel, Robert W. Sparkes, III, of K&L Gates LLP, is admitted to practice *pro hac vice* in this Court, is a member in good standing of the bar of the Commonwealth of Massachusetts and has no disciplinary matters pending against him, and hereby enters his appearance in the above-captioned cases as counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC, as well as in the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the e-mail address below.

Dated:  January 23, 2024                                      Respectfully submitted,


                                                              */s/ Robert W. Sparkes, III*
                                                              Robert W. Sparkes, III
                                                              K&L GATES LLP
                                                              1 Congress Street, Suite 2900
                                                              Boston, MA 02114
                                                              Tel:     (617) 261-3100
                                                              Fax:    (617) 261-3175
                                                              Email: robert.sparkes@klgates.com

                                                              *Attorney for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

2

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on January 23, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

             */s/ Robert W. Sparkes, III*
             Robert W. Sparkes, III