UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*Kenneth Levi Pack, et al. v. Johnson & Johnson Consumer Companies, Inc. et al.,* No. 1:23-cv-09057<br><br>*William Bryan, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00040<br><br>*Christopher McPhee, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:23-cv-09262<br><br>*Richard Chavez, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:23-cv-09304<br><br>*Izabel Pena-Venegas, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00041<br><br>*Abby Jergins, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00043<br><br>*Rethea Morris, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00269 | MDL No. 3089<br>Case No. 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF ANDREW D. BLUTH** |

TO THE CLERK OF COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Andrew D. Bluth, of Singleton Schreiber, LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters his appearance in these cases as counsel for Plaintiffs in these cases, as well as the above-referenced MDL Proceeding (MDL No. 3089) and respectfully

requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated: February 12, 2024  Respectfully submitted,

SINGLETON SCHREIBER, LLP

By: /s/ *Andrew D. Bluth*
      Andrew D. Bluth
      1414 K Street, Suite 470
      Sacramento, CA 95814
      (916) 775-5894
      abluth@singletonschreiber.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

>  /s/ *Andrew D. Bluth*
>  Andrew D. Bluth